

**SO ORDERED.**
**SIGNED this 31st day of May, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
_____
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE DEWAYNE SAINE, | : | CASE NO. 1:17-bk-14973-SDR |
| | : | |
| Debtor | : | Chapter 13 Proceedings |

## ORDER APPROVING SALE OF REAL ESTATE

This matter came on for hearing pursuant to the motion for an order approving the sale of real estate owned by the Debtor and known as Lot 37, Julian Place Subdivision, LaFayette, Walker County, Georgia 30728, to Silvers Construction & Rentals, LLC, for the sum of $9,500.00, and it appearing to the Court that the proposed sale to buyer should be approved and the sale proceeds should be remitted to pay in full the current mortgage on said property along with taxes and closing costs, and that the motion should be granted since the sale is for the benefit of the Debtor and creditors, and no adverse interest appearing, it is accordingly

**ORDERED and ADJUDGED** that the proposed sale of the real estate known as Lot 37, Julian Place Subdivision, LaFayette, Walker County, Georgia 30728, to Silvers Construction & Rentals, LLC, for the sum of $9,500.00, be and the same is hereby approved and that upon closing of the sale, the sale proceeds shall be remitted to pay in full the current mortgage on said property, taxes and closing costs, and all remaining funds after the payment of the mortgage, closing costs, and taxes shall be turned over to the Chapter 13 Trustee and the Chapter 13 Trustee shall apply said remaining funds to the Debtor's Chapter 13 case.

### #

APPROVED FOR ENTRY:

HARRISS & HARTMAN LAW FIRM, P. C.


By: /s/ Brent James
    BRENT JAMES,
    Attorney for Debtor
    P. O. Drawer 220
    200 McFarland Building
    Rossville, GA 30741
    (706) 861-0203; Fax: (706) 861-6838
    TN Bar No. 18308/GA Bar No. 388855
    brent.james@harrisshartman.com